UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VOESH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>J & K Beauty Supply, LLC<br><br>Defendant. | Case No. 23-CV-2340<br><br>**JURY DEMANDED** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS**

Before the Court is Plaintiff Voesh Corporation's Motion for Sanctions Pursuant to FRCP 37(b)(2)(A) ("the Motion"). Having considered the motion, the Court finds that Defendant's discovery violation was committed willfully, that Defendant J&K, not its counsel, was responsible for the violation, that Defendant's violation has substantially prejudiced Voesh, and that a lesser sanction would not achieve the desired deterrent effect. Thus, the Court **GRANTS** the Motion.

It is **ORDERED** that Defendant's pleadings (Dkts. 9 and 25) are stricken and Defendant's counterclaims are **DISMISSED WITH PREJUDICE**.

The Court **DIRECTS** the Clerk to enter default against Defendant J&K Beauty Supply, LLC on each of Plaintiff's Voesh's claims (Dkt. 1). Plaintiff is **ORDERED** to move for default judgment within 30 days of the entry of default.

It is further **ORDERED** that Plaintiff is entitled to reasonable costs and fees associated with the Motion, with attempting to obtain the 30(b)(6) deposition from Defendant, seeking court

2

intervention regarding the same, and costs incurred in serving Defendant a copy of the Motion via certified mail at its last two known addresses.

It is so ordered this _____ day of _____, 2024.

_____
Hon. Charles Eskridge
United States District Judge